UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KEVIN GAMBLE       Plaintiff(s)
00A6625
       vs.

OFFICER J. ISAACS    Defendant(s)

INMATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Civil Case No.: 9:05-CV-1097 TJM/GJD

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 3 1 2005
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: KEVIN GAMBLE 00A6625 2000NY050713

   Address: ELMIRA CORRECTIONAL FACILITY
   P.O. BOX 500
   ELMIRA, NEW YORK 14902-0500

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: OFFICER J. ISAACS
   Official Position: Prison Guard

   Address: ELMIRA CORRECTIONAL FACILITY
   P.O. BOX 500
   ELMIRA, NEW YORK 14902-0500

Form E (2) (a) . 1

b.  **Defendant:**          _____

    **Official Position:**   _____

    **Address:**   _____
                  _____
                  _____

c.  **Defendant:**          _____

    **Official Position:**   _____

    **Address:**   _____
                  _____
                  _____

Additional Defendants may be added on a separate sheet of paper.

4.                     **PLACE OF PRESENT CONFINEMENT**

    a.  Is there a prisoner grievance procedure at this facility?

        (✓) Yes         ( ) No

    b.  If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?

        (✓) Yes         ( ) No

    If your answer to 4(b) is YES:

    (i)  What steps did you take?

        *I wrote Inmate Grievance*

    (ii) What was the **final** result of your grievance?

        *Denied*

FORM 2131E (5/88)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

# INMATE GRIEVANCE COMPLAINT

Grievance No. **EL29-098-05**

*24 arm caught in hatch*

CORRECTIONAL FACILITY: Elmira

Date: 8-5-05

Name: Mr. Kevin Gamble

Dept. No.: DCA6625

Housing Unit: S.H.U. 1-6

Program: 7:05 AM

*(Please Print or Type - This form must be filed within 14 days of Grievance Incident)*

**Description of Problem:** (Please make as brief as possible): On the above date I inmate Gamble was at my hatch when officer came and gave me my breakfast. As I turn round to place my breakfast on the bed. I turn round to ask the officer about supplies he was taking my coffee off my hatch. I went to reach for it officer Isaacs slam my left arm in the hatch I ask him what are you doing.

Grievant Signature: Mr. Kevin Gamble

Grievance Clerk: _____   Date: _____

Advisor Requested: ☐ YES  ☐ NO   Who: _____

**Action requested by inmate:** I want a full investigation done and I want him evaluated immediately. By departmental directive and policies New York codes rules and regulation and employees Rules Manual I want this done.

This Grievance has been informally resolved as follows:

_____

RECEIVED AUG 23 2005 IGP

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: _____   Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

If your answer to 4(b) is NO:

Why did you choose to not **present** the facts relating to your complaint in the prison's grievance program?

_____

_____

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

( ) Yes           ( ) No

If your answer to 4(c) is YES:

(i) What steps did you take?

_____

_____

(ii) What was the **final** result regarding your complaint?

_____

_____

If your answer to 4(c) is NO:

Why did you choose to not complain about the facts relating to your complaint in such prison?

_____

_____

5. **PREVIOUS LAWSUITS**

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

( ) Yes           (✓) No

b. If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

    i.    Parties to previous lawsuit:

        Plaintiffs:

        _____

        Defendants:

        _____

    ii.    Court (if federal court, name District; if state court, name County:

        _____

    iii.   Docket number: _____

    iv.   Name of Judge to whom case was assigned:

        _____

    v.    Disposition (dismissed? on appeal? still pending?)

        _____

    vi.   Approximate date of filing prior lawsuit:

        _____

    vii.  Approximate date of disposition:

        _____

6.                               **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary.)

The allegations that was charge against me are fabucated by Officer J ISAACS. He said I assault on staff, Interference with employee and refuse direct order. How could I have done that when I was assault by staff employee, While the prisoner who is Mr. Gamble and the Civilian who Conducted the hearing. The Civilian did not see the accussory on the video Tape assault officer J. ISAACS. How could the accussory

Form E (2) (a) . 4

Was told a direct Order when the accussory was attack by the officer who wrote the misbehavior report, SUPERINTENDENT CALVIN WEST allow the writer and the civilian who he allow to Conduct the hearing to lied and be racial and Biased in my hearing Wherein he allow the civilian to find me guilty

7. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

_____
_____
_____
_____
_____
_____
_____

**SECOND CAUSE OF ACTION**

_____
_____
_____
_____
_____
_____

**THIRD CAUSE OF ACTION**

_____
_____
_____
_____
_____
_____
_____

8. Plaintiff(s) demand(s) a trial by

(Jury) -or- Court

(Circle only one).

9. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

*I want the video Tape from 8-5-05, the writer of the misbehavior And the recording tape of the hearing*

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

*M. Kevin Gamble*
Signature of Plaintiff(s)
(all Plaintiffs must sign)

Form E (2) (a) . 6

☆ U.S. GOVERNMENT PRINTING OFFICE: 1997  510-722/50003