9:05CV1097
TJM/GJD

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
AUG 3 1 2005
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

## INMATE AUTHORIZATION

I, __KEVIN GAMBLE__,

authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $250.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

➡ Signature: __Mr. Kevin Gamble__

★ NOTE: You must sign your name on the above line. ★

### FOR OFFICIAL USE ONLY - DO NOT WRITE BELOW THIS LINE

Name and DIN Number: __Kevin Gamble # 00-A-6625__
Civil Action Number: __9:05-CV-1097__
Short Name of Case: __Gamble v. Isaacs__

FORM G