TO: Thomas J. McAvoy U.S. District Judge
From: Mr. Kevin Gamble 00 A6625
Date: 9-12-05

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 27 2005
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

9-05cv1097

I am writing you to let you know that I receive your mail, I am having a problem with the staff of Elmira Facility. You the only one that ever gave me a chance to tell my side of abuse that I went through in the prison system, I cannot wait to get in your court room and tell how they allow officer J. Isaac to abuse his authority and utilizing his authority for his own purpose with retaliation and revenge. As of right now they are refusing me on the law library, As a prisoner must be free to exercise such right without fear of retaliation.

I am not that good with the Privileged business, With your help could you request that the facility send me some Assistance. Cause like I said I don't know this legal business like most other people. You said I have 30 days to answer your Amended Complaint what that means I don't know but I'm going to tried to have that in for you Sir. Could you please give me some time, I am not that good with the legal law.

9-29-2005 Plaintiff granted extension to October 31, 2005 to file an Amended complaint. All papers filed with the court must bear the case number assigned to the case or the paper shall be rejected.

Sincerely Yours

So Ordered as per direction of Judge DiBianco.
Dated: September 29 2005

Pro Se Attorney