TO: Thomas J. McAvoy, U.S. District Judge    Case: 9:05cv1097

Amended Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 04 2005
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

My complaint is how the Department of Correctional Services who is Commissioner Glenn S. Goord. Who allow all high ranks to allowed Sergeants, Officers and Civilians to disrespect the Departmental Directive.

The civil Services law section 75 Departmental Directive and policies New York Codes, Rules, And Regulations. And employees Rules manual 25.1 Correction law section 45.9 and 70 "2b".

What officer J. Isaacs did was Abuse of Authority, Harassment, Assault Misconduct, Utilizing disciplinary measures for his own purposes and Failure and/or neglect in the performance of his duties.

Wherein it cost me my chances of going home to my family. The Misconduct and the retaliation and revenge Cruel and unusual punishment clause is applicable to such systems of prison discipline as solitary Confinement or Corporal punishment. Court will find Eighth Amendment Violation in the prison context only when the alleged deprivation is objectively, Sufficiently serious, Attack by a guard is cruel and unusual. It does not fit the rules of the Departmental Directive and policies New York codes, Rules and Regulation. When officer J. Isaacs charge me with Assault on Staff, Interference with Employee and Refusing Direct Order I ask myself how could I Mr. Gamble Assault officer when officer is bring the prisoner his breakfast. Again I ask myself how could I Mr. Gamble Interference with Employee when the prisoner is lock in his cell. Direct Order, How could I refuse a direct Order when there was no Direct Order giving. That means that officer J. Isaacs fabricated a lie. In accordance with Department of Correctional Services No # 2110 & 2112 Article 9 section 4 of the agreement between the State of New York and Council 82 that this _____ to be _____ in Compliance with these and

Whatever Directive, Statutes, Rules and Regulations that the above request is governed I feel that Commissioner Glenn S. Goord and the Department of Correctional Services should stand up and stop covering for staff members and civilians who want to abuse there Authority knowing the Departmental Directive and policies are not allowing such behavior.

And what officer J. Isaacs done was fabricated a lie. I really feel that officer J. Isaacs need to be punish for the Violation and Misconduct and the performance of his duties

Sworn to before me this
13 Day of September 2005

M. Kevin Gamble
Petitioner (Pro Se)

Notary Public

Anthony J. Carozzoni
New York State Notary Public
Chemung County 01CA6062561
Commission Expires August 13, 20__

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
CLERK

JAMES HANLEY FEDERAL BUILDING
100 S. CLINTON STREET
P.O. BOX 7367
SYRACUSE, NEW YORK 13261-7367
(315)234-8500

Date:   September 27, 2005

To:   Kevin Gamble

Case Number: _____

The enclosed papers are being returned to you for one or more of the following reasons checked below. Please read this list carefully to correct the mistakes in your papers. After you correct your papers, you may return them to this office for processing **TOGETHER WITH THIS LETTER**.

[ ]   The court is unable to consider your request unless you have a case pending before it. The clerk's office will send you forms and instructions for filing an action if you wish.

[x]   **The clerk's office is unable to determine in which of your cases to file this document. Please indicate the correct case number on the document and re-submit.**

[ ]   You did not include an **Application to Proceed In Forma Pauperis** or the filing fee of $250.00 for civil complaints, or $5.00 for petitions for a writ of habeas corpus. See Local Rules 5.2 and 5.4, and 28 U.S.C. 1915.

[ ]   An unsigned copy of the proposed amended pleading must be attached to a motion brought under Rules 14, 15 and 19-22 of the Federal Rules of Civil Procedure. See Local Rule 7.1(a)(4).

[ ]   Discovery materials are not filed with the clerk unless specifically directed by the court, or when submitted in support of a motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. See Local Rule 26.2.

[ ]   Papers cannot be filed without some indication that they have been served on your opponent(s) or their attorney(s). See Local Rule 5.1(a). This office **will not** forward copies of your papers to your defendants or their counsel.

[ ]   The clerk has been directed to return this document without filing by order of the court, filed _____ .

Very truly yours,

LAWRENCE K. BAERMAN, CLERK

By: _____ , Paralegal

w/attachment
cc: