# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. DISTRICT COURT N.D. OF N.Y.**
**FILED**
JAN 12 2006
AT ___ O'CLOCK ___
Lawrence K. Baerman, Clerk - Syracuse

| | |
|---|---|
| **PLAINTIFF** Kevin Gamble | **COURT CASE NUMBER** 9:05-cv-1097 |
| **DEFENDANT** Officer J. Isaacs | **TYPE OF PROCESS** |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer J. Isaacs

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Elmira Correctional Facility, PO Box 500, Elmira, NY 14902-0500

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kevin Gamble
00-A-6625
Elmira Correctional Facility
PO Box 500
Elmira, NY 14902-0500

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE
GJD / Brian USM

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 52 | 52 | [signed] | 1/9/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1-10-06    Time: ___ am/pm

Signature of U.S. Marshal or Deputy: R Clarke

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

**REMARKS:**
service via regular mail 1/9/06
USM 299 received 1-11-06

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**

U.S. Department of Justice
United States Marshals Service
Northern District of New York
PO Box 7260
Syracuse, NY 13261



**STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT**
**OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT**

**A.   STATEMENT OF SERVICE BY MAIL**

United States District Court
for the
Northern District of New York

TO:   J. Isaacs                              Civil File Number _____05-CV-1097_____
      Elmira Correctional Facility
      P.O. Box 500                                    _____Kevin Gamble_____
      Elmira, New York   14902-0500                                  v
                                                     _____J. Isaacs_____

The enclosed summons and complaint are served pursuant to Fed. R. Civ. P. 4(e)(1) and section 312-a of the New York Civil Practice Law and Rules.

   To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or for your attorney. If you wish to consult an attorney, you should do so as soon as possible.

   If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

   The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint. The time to answer expires thirty(30) days after the day you mail or deliver this form to the sender.

   If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

*I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint by Mail was mailed on January 9, 2006.*

                                                   _____
                                                   *Signature (USMS Official)*

**B.   ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

   I received the summons and complaint in the above-referenced matter.

   CHECK ONE OF THE FOLLOWING;   (IF 2 IS CHECKED, COMPLETE AS INDICATED)

   1.  __✓__       I **am not** in military service of the United States.
   2.  _____       I **am** in military service of the United States, and my rank, serial number and branch of service are as follows:
                   Rank:_____
                   Serial Number:_____
                   Branch of Service:_____

***TO BE COMPLETED REGARDLESS OF MILITARY STATUS:***
   I affirm the above as true under penalty of perjury.

                                       _____
                                       Signature
                                           JEFFERY ISAACS
                                       Print Name

                                           1-10-06
                                       Date of Signature

                                           DOCS
                                       Name of Defendant for which acting

                                          Correction Officer
                                       Relationship to defendant/Authority to Receive

*It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.*