

U.S. Department of Justice

United States Marshals Service

Northern District of New York

Syracuse, NY 13261

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**JAN 12 2006**
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**DATE:** 1/11/06

**TO:** Court Clerk
Northern District of New York

**FROM:** Barbara Wright
Administrative Officer

**SUBJECT:** BILL OF COSTS
CASE NUMBER: 05-CV-1097

The United States Marshals Service fees for Service of Process in the above referenced case total $ 8.00 .

Please retain this document on file and notify us in the event the plantiff prevails in this action so that we can proceed to collect due costs in this matter.

Thank you.