UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KEVIN GAMBLE,

                *Plaintiff*,                              **NOTICE OF MOTION**

                                                                9:05-CV-1097
       -against-                                            (TJM)(GJD)

J. ISAACS, Officer, Elmira Correctional Facility,

                *Defendant*.
_____

    PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law and affirmation, the undersigned shall move this Court for an order pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure dismissing the complaint on the ground of improper venue, as a submission before the Honorable Gustave J. DiBianco, United States Magistrate Judge, United States District Court, Northern District of New York, United States Courthouse, Syracuse, New York, on March 30, 2006.

    PLEASE TAKE FURTHER NOTICE that pursuant to Rule 7.1 of the Local Rules of Practice of the United States District Court for the Northern District of New York, any papers to be submitted in opposition to this motion must be filed with the Clerk of the Court, and served upon counsel for the defendants no later than seventeen (17) days before the return date of the motion, exclusive of that day.

Dated: Syracuse, New York
      January 30, 2006

                                  ELIOT SPITZER
                                  Attorney General of the State of
                                        New York
                                  Attorney for the Defendant

                       BY:    s/Maria Moran
                                MARIA MORAN
                                Assistant Attorney General, of Counsel
                                Bar Roll No.  302287
                                615 Erie Boulevard West, Suite 102
                                Syracuse, New York 13204-2465
                                Telephone:     (315) 448-4800
                                Fax: (315) 448-4851 (not for service of papers)


TO:    Kevin Gamble
          Plaintiff *pro se*