UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
KEVIN GAMBLE,

                                    Plaintiff,

          v.                                    9:05-CV-1097

J. ISAACS, Officer, Elmira Correctional Facility,

                                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

                        DECISION and ORDER

          This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Honorable Gustave J.

Di Bianco, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. §

636(b) and Local Rules N.D.N.Y. 72.3(c).

          No objections to the April 19, 2006 Report-Recommendation have been raised.   After

examining the record, this Court has determined that the Report-Recommendation is not subject to

attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-

Recommendation for the reasons stated therein and Defendant's motion to dismiss is DENIED and this

matter shall be TRANSFERRED to the Western District of New York.

          IT IS SO ORDERED.

Dated: June 23, 2003

                                    _Thomas J. McAvoy_
                                    Thomas J. McAvoy
                                    Senior, U.S. District Judge