# Office of the Clerk
## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**Lawrence K. Baerman**
   Clerk

6/23/06

U. S. District Court
304 United States Courthouse
68 Court Street
Buffalo, NY 14202

RE:   Gamble v. J. Isaacs
CASE NO.:   9:05-CV-1097

Dear Clerk:

Pursuant to the Order of the Honorable Thomas J. McAvoy, United States District Judge, filed June 23, 2006, in the above-entitled action, I enclose herewith a certified copy of the Order of Transfer and Docket Sheet. This entire case is electronically filed.

Please acknowledge receipt of the above-mentioned papers on the enclosed copy of this letter. Thank you.

Very truly yours,

s/S. Potter
Deputy Clerk

Enclosures





06 CV 6327
Judge Feldman