United States District Court
Northern District of New York
_____

Ivan Antonyuk et al.,

                          Plaintiffs,                  Case No. 1:22-cv-00986-GTS-CFH

            V                                    Appearance of Counsel

Kathleen Hochul et al.,

                          Defendants.
_____

      John E. Heisler Jr. appears in this case as counsel for William Fitzpatrick.

Dated:  30 September 2022                      s/ John E. Heisler Jr.
                                                            Bar Roll Number: 301476
                                                            Attorney for William Fitzpatrick
                                                            Onondaga County Department of Law
                                                            John H. Mulroy Civic Center, 10th Fl.
                                                            421 Montgomery Street
                                                            Syracuse, NY 13202
                                                            Telephone: (315) 435-2170
                                                            Fax: (315) 435-5729
                                                            Email: johnheislerjr@ongov.net