UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>KATHLEEN HOCHUL, et al.,<br><br>                      Defendants. | **NOTICE OF APPEAL**<br><br><br>Civil Action No.: 1:22-cv-986<br>(GTS/CFH) |

      Please take notice that Defendant Joseph Cecile hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Temporary Restraining Order entered in this action on October 6, 2022 (Dkt. No. 27).

Dated: October 10, 2022
Syracuse, New York

                                          SUSAN R. KATZOFF, ESQ.
                                          CORPORATION COUNSEL-CITY OF SYRACUSE
                                          *Counsel for Defendant Joseph Cecile*
                                          233 East Washington Street
                                          Syracuse, New York 13202
                                          Tel No.: (315) 448-8400

                               By: *[signature: Danielle R. Smith]*
                                          Danielle R. Smith, Esq. (Bar No. 517775)
                                          Todd Long, Esq. (Bar No. 519301)
                                          Assistant Corporation Counsel

TO:  Stephen D. Stamboulieh, Esq.  Robert J. Olson, Esq.
Stamboulieh Law, PLLC  William J. Olson, P.C.
P.O. Box 428  370 Maple Avenue W – Suite 4
Olive Branch, MS 38654  Vienna, VA 22180
Tel: (601) 852-3440  Tel: (703) 356-5070

*Attorneys for Plaintiffs*

James M. Thompson, Esq.  Michael G. McCartin, Esq.
Special Counsel to the Attorney General  Special Counsel to the Attorney General
28 Liberty Street  The Capitol
New York, NY 10005  Albany, NY 12224
Tel: (212) 416-6556  Tel.: (518) 776-2620

*Attorneys for State Defendants*

John E. Heisler, Jr., Esq.
Onondaga County Department of Law
John H. Mulroy Civic Center
421 Montgomery Street, 10th Floor
Syracuse, NY 13202
Tel: (315) 435-2170

*Attorneys for Defendants William Fitzpatrick and Eugene Conway*

Edward G. Melvin, Esq.
John Joseph Pelligra, Esq.
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY 13202
Tel: (315) 425-2783

*Attorneys for Defendants Gregory Oakes and Don Hilton*

Edward I. Kaplan, Esq.
P.O. Box 155
Hunter, NY 12442
Tel: (518) 821-5070

*Attorney for Defendant Joseph Stanzione*

P. David Soares, Defendant
District Attorney, Albany County
6 Lodge Street
Albany, NY 12207
Tel: (518) 487-5460