**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

IVAN ANTONYUK; COREY JOHNSON; ALFRED
TERRILLE; JOSEPH MANN; LESLIE LEMAN; and
LAWRENCE SLOANE,

                             Plaintiffs,

                              v.

KATHLEEN HOCHUL, in her Official Capacity as
Governor of the State of New York; KEVIN P. BRUEN, in
his Official Capacity as Superintendent of the New York
State Police; JUDGE MATTHEW J. DORAN, in His
Official Capacity as Licensing-Official of Onondaga
County; WILLIAM FITZPATRICK, in His Official
Capacity as the Onondaga County District Attorney;
EUGENE CONWAY, in his Official Capacity as the
Sheriff of Onondaga County; JOSEPH CECILE, in his
Official Capacity as the Chief of Police of Syracuse; P.
DAVID SOARES, in his Official Capacity as the District
Attorney of Albany County; GREGORY OAKES, in his
Official Capacity as the District Attorney of Oswego
County; DON HILTON, in his Official Capacity as the
Sheriff of Oswego County; and JOSEPH STANZIONE, in
his Official Capacity as the District Attorney of Greene
County,

                             Defendants.

**NOTICE OF**
**APPEARANCE**
1:22-cv-0986
(GTS/CFH)

Notice is hereby given of the entry of the undersigned as counsel in the above-entitled

action for Defendant, P. David Soares, in his Official Capacity as the District Attorney of the

County of Albany, New York.  I am admitted to practice in this Court, and appear as counsel for

the aforementioned.

Date:   October 13, 2022

**EUGENIA K. CONDON, ESQ.**
**ALBANY COUNTY ATTORNEY**


/s/ *Joseph A. Coticchio*

Joseph A. Coticchio, Esq., *of Counsel*
Bar Roll No.: 520553
Assistant Albany County Attorney
Attorney for *Defendant*
112 State Street, Room 600
Albany, New York 12207
joseph.coticchio@albanycounty.com
Phone: (518) 447-7110
Fax:    (518) 447-5564