UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| IVAN ANTONYUK; COREY JOHNSON; ALFRED TERRILLE; JOSEPH MANN; LESLIE LEMAN; and LAWRENCE SLOANE,<br><br>      Plaintiffs,<br><br>      v.<br><br>KATHLEEN HOCHUL, in her Official Capacity as Governor of the State of New York; KEVIN P. BRUEN, in his Official Capacity as Superintendent of the New York State Police; JUDGE MATTHEW J. DORAN, in His Official Capacity as Licensing-Official of Onondaga County; WILLIAM FITZPATRICK, in His Official Capacity as the Onondaga County District Attorney; EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County; JOSEPH CECILE, in his Official Capacity as the Chief of Police of Syracuse; P. DAVID SOARES, in his Official Capacity as the District Attorney of Albany County; GREGORY OAKES, in his Official Capacity as the District Attorney of Oswego County; DON HILTON, in his Official Capacity as the Sheriff of Oswego County; and JOSEPH STANZIONE, in his Official Capacity as the District Attorney of Greene County,<br><br>      Defendants. | NOTICE OF APPEARANCE<br>1:22-cv-0986 (GTS/CFH) |

  Notice is hereby given of the entry of the undersigned as counsel in the above-entitled action for Defendant, P. David Soares, in his Official Capacity as the District Attorney of the County of Albany, New York.  I am admitted to practice in this Court, and appear as counsel for the aforementioned.

1

Date:   October 13, 2022

**EUGENIA K. CONDON, ESQ.**
**ALBANY COUNTY ATTORNEY**

/s/ *Joseph A. Coticchio*

Joseph A. Coticchio, Esq., *of Counsel*
Bar Roll No.: 520553
Assistant Albany County Attorney
Attorney for *Defendant*
112 State Street, Room 600
Albany, New York 12207
joseph.coticchio@albanycountyny.gov
Phone: (518) 447-7110
Fax:    (518) 447-5564