IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK; COREY JOHNSON; ALFRED TERRILLE; JOSEPH MANN; LESLIE LEMAN; and LAWRENCE SLOANE,<br><br>             Plaintiffs,<br>     v.<br><br>KATHLEEN HOCHUL, in her Official Capacity as Governor of the State of New York; KEVIN P. BRUEN, in his Official Capacity as Superintendent of the New York State Police; JUDGE MATTHEW J. DORAN, in his Official Capacity as Licensing-Official of Onondaga County; WILLIAM FITZPATRICK, in his Official Capacity as the Onondaga County District Attorney; EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County; JOSEPH CECILE, in his Official Capacity as the Chief of Police of Syracuse; P. DAVID SOARES, in his Official Capacity as the District Attorney of Albany County; GREGORY OAKES, in his Official Capacity as the District Attorney of Oswego County; DON HILTON, in his Official Capacity as the Sheriff of Oswego County; and JOSEPH STANZIONE, in his Official Capacity as the District Attorney of Greene County,<br><br>             Defendants. | Civil Action No. 1:22-CV-986 (GTS/CFH) |

**NOTICE OF NO INTENT TO OPPOSE MOTION**

**PLEASE TAKE NOTICE** that Defendants Gregory Oakes, in his Official Capacity as the District Attorney of Oswego County, and Defendant Don Hilton, in his Official Capacity as the Sheriff of Oswego County, do not intend to oppose the motion (Dkt. No. 6) filed by the plaintiffs.

2

| | |
|---|---|
| **DATED**: October 13, 2022 | **BARCLAY DAMON, LLP** |

By:    */s/ Edward G. Melvin, II*
        Edward G. Melvin, II
       (Bar Roll No. 509037)
           J.J. Pelligra
       (Bar Roll No. 701404)

Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:  (315) 425-2700
Facsimile:   (315) 425-2701
Email:      emelvin@barclaydamon.com
                jpelligra@barclaydamon.com

*Attorneys for Defendants*
*Gregory Oakes and Don Hilton*

## CERTIFICATE OF SERVICE

I certify that on October 13, 2022, I electronically filed the foregoing notice using the CM/ECF system, which sent electronic or other notification of such filing to all counsel of record in this case.

_____