United States District Court
Northern District of New York
_____

Ivan Antonyuk et al.,

                Plaintiffs,        Case No. 1:22-cv-00986-GTS-CFH

     V                             L.R. 7.1 (a) (3) Notice of No Intent to Oppose Motion

Kathleen Hochul et al.,

                Defendants.
_____

    Eugene Conway and William Fitzpatrick do not intend to oppose the motion (Dkt. No. 46) filed by Don Hilton and Gregory Oakes.

Dated: 14 October 2022                              s/ John E. Heisler Jr.
                                                                Bar Number: 301476
                                                                Attorney for Eugene Conway and
                                                                William Fitzpatrick
                                                                Onondaga County Department of Law
                                                                John H. Mulroy Civic Center, 10th Floor
                                                                421 Montgomery Street
                                                                Syracuse, NY 13202
                                                                Telephone: (315) 435-2170
                                                                Fax: (315) 435-5729
                                                                Email: johnheislerjr@ongov.net

1