United States District Court
Northern District of New York

_____

Ivan Antonyuk et al.,

                        Plaintiffs,           Case No. 1:22-cv-00986-GTS-CFH

      V                                    L.R. 7.1 (a) (3) Notice of No Intent
                                                      to Oppose Motion

Kathleen Hochul et al.,

                        Defendants.

_____

     Eugene Conway and William Fitzpatrick do not intend to oppose the motion (Dkt. No. 50) filed by Kevin P. Bruen, Matthew J. Doran, and Kathleen Hochul.

Dated:  14 October 2022                          s/ John E. Heisler Jr.
                                                            Bar Number: 301476
                                                             Attorney for Eugene Conway and
                                                             William Fitzpatrick
                                                             Onondaga County Department of Law
                                                             John H. Mulroy Civic Center, 10th Floor
                                                             421 Montgomery Street
                                                             Syracuse, NY 13202
                                                             Telephone: (315) 435-2170
                                                             Fax: (315) 435-5729
                                                             Email: johnheislerjr@ongov.net

1