United States District Court
Northern District of New York
_____

Ivan Antonyuk et al.,

               Plaintiffs,             Case No. 1:22-cv-00986-GTS-CFH

   V                                           Notice of No Witnesses and No
                                                   Evidence for Motion Hearing

Kathleen Hochul et al.,

               Defendants.
_____

     The defendants Eugene Conway and William Fitzpatrick do not intend to call witnesses or introduce evidence at the hearing of the motion (Dkt. No. 6) filed by the plaintiffs.

Dated:  11 October 2022                               s/ John E. Heisler Jr.
                                                                    Bar Number: 301476
                                                                    Attorney for defendants Eugene Conway
                                                                    and William Fitzpatrick
                                                                  Onondaga County Department of Law
                                                                  John H. Mulroy Civic Center, 10th Floor
                                                                    421 Montgomery Street
                                                                    Syracuse, NY 13202
                                                                    Telephone: (315) 435-2170
                                                                    Fax: (315) 435-5729
                                                                    Email: johnheislerjr@ongov.net