UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IVAN ANTONYUK, COREY JOHNSON, ALFRED
TERRILLE, JOSEPH MANN, LESLIE LEMAN, and
LAWRENCE SLOANE,

                       Plaintiffs,

    -against-                                         Case No. 22 Civ. 986 (GTS) (CFH)

KATHLEEN HOCHUL, in her official capacity as
Governor of the State of New York, KEVIN P. BRUEN,     **STIPULATION REGARDING**
in his official capacity as Superintendent of the New       **WITNESSES AND EXHIBITS**
York State Police, Judge MATTHEW J. DORAN, in his
official capacity as Licensing-official of Onondaga
County, WILLIAM FITZPATRICK, in his official
capacity as Onondaga County District Attorney,
EUGENE CONWAY, in his official capacity as Sheriff
of Onondaga County, JOSEPH CECILE, in his official
capacity as Chief of Police of Syracuse, P. DAVID
SOARES, in his official capacity as District Attorney of
Albany county, GREGORY OAKES, in his official
capacity as District Attorney of Oswego County, DON
HILTON, in his official capacity as Sheriff of Oswego
County, and JOSEPH STANZIONE, in his official
capacity as District Attorney of Greene County

                       Defendant.
------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel that:

       1.      The parties to this agreement agree that they will not call witnesses or introduce exhibits at the upcoming preliminary injunction hearing, scheduled for October 25, 2022;

       2.      The parties to this agreement will not file any additional affidavits or declarations regarding the motion for a preliminary injunction, ECF No. 6; and

       3.      This stipulation may be executed in counterparts, and a facsimile or electronic signature on this stipulation shall be treated as an original.

| | |
|---|---|
| Dated: Olive Branch, Mississippi<br>October 18, 2022 | Dated: New York, New York<br>October 18, 2022 |
| STAMBOULIEH LAW, PLLC<br><u>Attorneys for the Plaintiffs</u><br>By: | LETITIA JAMES<br>Attorney General of the State of New York<br><u>Attorney for the State Defendants</u><br>By: |
| <u>  /s/ Stephen D. Stamboulieh          </u><br>Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>NDNY Bar Roll # 520383 | James M. Thompson<br>Special Counsel<br>28 Liberty Street<br>New York, NY 10005<br>james.thompson@ag.ny.gov<br>NDNY Bar Roll # 703513 |

Dated: October 18, 2022
       Syracuse, New York

SUSAN R. KATZOFF, ESQ.
CORPORATION COUNSEL-CITY OF SYRACUSE

By: *(signature)*

Todd M. Long, Esq. (Bar No. 519301)
Danielle R. Smith, Esq. (Bar No. 517775)
*Attorneys for Defendant Joseph Cecile*
300 City Hall
233 East Washington Street
Syracuse, New York 13202
Tel. No. 315-448-8400
Fax No. 315-448-8381
Email: tlong@syrgov.net
Email: dsmith@syrgov.net