United States District Court
Northern District of New York

_____

Ivan Antonyuk et al.,

                    Plaintiffs,         Case No. 1:22-cv-00986-GTS-CFH

      V                                 L.R. 7.1 (a) (3) Notice of No Intent
                                               to Oppose Motion

Kathleen Hochul et al.,

                    Defendants.

_____

      Eugene Conway and William Fitzpatrick do not intend to oppose the motion (Dkt. No. 59) filed by Everytown for Gun Safety Action Fund, Inc.

Dated:  19 October 2022                            s/ John E. Heisler Jr.
                                                        Bar Number: 301476
                                                        Attorney for Eugene Conway and
                                                         William Fitzpatrick
                                                         Onondaga County Department of Law
                                                         John H. Mulroy Civic Center, 10th Floor
                                                         421 Montgomery Street
                                                         Syracuse, NY 13202
                                                         Telephone: (315) 435-2170
                                                         Fax: (315) 435-5729
                                                         Email: johnheislerjr@ongov.net

1