UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK et al.,

|  |  |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| against | 1:22-CV-986 |
| KATHLEEN HOCHUL, in her Official Capacity as Governor of the State of New York, et al., | (GTS/CFH) |
| Defendants. | |

PLEASE TAKE NOTICE that ALEXANDRIA TWINEM, Assistant Solicitor General in the Office of LETITIA JAMES, Attorney General of the State of New York, certifies that she is admitted to practice before this Court and hereby appears as counsel of record for Defendants KATHLEEN HOCHUL, STEVEN A. NIGRELLI, and MATTHEW J. DORAN, in their official capacities, in the above-referenced action.

Dated: October 21, 2022
     Albany, New York

                         LETITIA JAMES
                         Attorney General of the State of New York
                         *Attorney for State Defendants*

By: _____
                         Alexandria Twinem
                         Assistant Solicitor General
                         Bar Roll No. 703907
                         The Capitol
                         Albany, NY 12224
                         (518) 776-2015
                         alexandria.twinem@ag.ny.gov

CC: All counsel of record (via ECF)