UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE, JOSEPH MANN, LESLIE LEMAN, and LAWRENCE SLOANE,

                Plaintiffs,

    -against-                                    Case No. 22 Civ. 986 (GTS) (CFH)

KATHLEEN HOCHUL, in her official capacity as Governor of the State of New York, STEVEN A. NIGRELLI, in his official capacity as Acting Superintendent of the New York State Police, Judge MATTHEW J. DORAN, in his official capacity as Licensing-official of Onondaga County, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, EUGENE CONWAY, in his official capacity as Sheriff of Onondaga County, JOSEPH CECILE, in his official capacity as Chief of Police of Syracuse, P. DAVID SOARES, in his official capacity as District Attorney of Albany County, GREGORY OAKES, in his official capacity as District Attorney of Oswego County, DON HILTON, in his official capacity as Sheriff of Oswego County, and JOSEPH STANZIONE, in his official capacity as District Attorney of Greene County

                **NOTICE OF APPEAL**

                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants Steven A. Nigrelli and Matthew J. Doran, in their official capacities, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Preliminary Injunction entered in this matter on November 7, 2022 (ECF No. 78).

Dated: Albany, New York
November 8, 2022

LETITIA JAMES
Attorney General
State of New York

By: /s/ James M. Thompson

James M. Thompson
Special Counsel
Bar Roll No. 703513
28 Liberty Street
New York, NY 10005
(212) 416-6556
james.thompson@ag.ny.gov

Michael G. McCartin
Special Counsel
Bar Roll No. 511158
Alexandria Twinem
Assistant Solicitor General
Bar Roll No. 703907
The Capitol
Albany, NY 12224
Tel.: (518) 776-2620
Michael.McCartin@ag.ny.gov

*Attorney for the State Defendants*