

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on November 18, 2022, the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically.  Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s):

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 21st day of November, 2022.

Clerk of Court

By:    Jennifer Casey
       Deputy Clerk

### Case Information

Case Name & Case No.       Ivan Antonyuk, et al.  v. Kathleen Hochul, et al.   1:22-CV-986
Docket No. of Appeal:       87
Document Appealed:          78

Fee Status:    Paid _X_     Due __      Waived (IFP/CJA) __     IFP revoked __
               Application Attached __   IFP pending before USDJ __

Counsel:           Retained _X_      Pro Se __

Time Status:       Timely _X_        Untimely __

Motion for Extension of Time:      Granted __      Denied __

Certificate of Appealability:      Granted __      Denied __      N/A _X_

State Court Papers are being sent by UPS as of: _____