# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK; COREY JOHNSON;
ALFRED TERRILLE; JOSEPH MANN;
LESLIE LEMAN; and LAWRENCE SLOANE,

        Plaintiffs,

    v.

STEVEN A. NIGRELLI, in his Official Capacity
as Acting Superintendent of the New York State
Police; JUDGE MATTHEW J. DORAN, in his
Official Capacity as Licensing-Official of
Onondaga County; WILLIAM FITZPATRICK,
in his Official Capacity as the Onondaga County
District Attorney; EUGENE CONWAY, in
his Official Capacity as the Sheriff of Onondaga
County; JOSEPH CECILE, in his Official
Capacity as the Chief of Police of Syracuse; P.
DAVID SOARES, in his Official Capacity as the
District Attorney of Albany County; GREGORY
OAKES, in his Official Capacity as the District
Attorney of Oswego County; DON HILTON, in
his Official Capacity as the Sheriff of Oswego
County; and JOSEPH STANZIONE, in his
Official Capacity as the District Attorney of
Greene County,

        Defendants.

Civil Action No. 1:22-CV-986 (GTS/CFH)

---

    Defendants Gregory Oakes, in his Official Capacity as the District Attorney of Oswego

County, and Don Hilton, in his Official Capacity as the Sheriff of Oswego County (collectively

"Defendants"), by and through their attorneys, Barclay Damon LLP, as and for their Answer to

the Complaint filed by Plaintiffs Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann,

Leslie Leman, and Lawrence Sloane ("Plaintiffs"), hereby respond as follows:

    1.    Lack knowledge or information sufficient to form a belief about the truth of the

allegations contained in Paragraph "1" of the Complaint and, therefore, deny them.

2. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "2" of the Complaint and, therefore, deny them.

3. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "3" of the Complaint and, therefore, deny them.

4. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "4" of the Complaint and, therefore, deny them.

5. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "5" of the Complaint and, therefore, deny them.

6. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "6" of the Complaint and, therefore, deny them.

7. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "7" of the Complaint and, therefore, deny them.

8. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "9" of the Complaint and, therefore, deny them.

9. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "9" of the Complaint and, therefore, deny them.

10. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "10" of the Complaint and, therefore, deny them.

11. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "11" of the Complaint and, therefore, deny them.

12. Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "12" of the Complaint and, therefore, deny them.

13.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "13" of the Complaint and, therefore, deny them.

14.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "14" of the Complaint and, therefore, deny them.

15.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "15" of the Complaint and, therefore, deny them.

16.     Admit that Defendant Gregory Oakes is the Oswego County District Attorney, but lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "16" of the Complaint and, therefore, deny them.

17.     (a) Admit that (i) Defendant Don Hilton is the Sheriff of Oswego County, New York; (ii) the sheriff position is the department head of the Oswego County Sheriff's Office; (iii) the Oswego County Sheriff's Office is the law enforcement entity for Oswego County; (iv) Defendant Don Hilton has stated that the CCIA is the law in New York whether he agrees with it or not; (v) Defendant Don Hilton has stated once that his office would engage in general and conservative enforcement of the CCIA; and (vi) Defendant Don Hilton stated carrying a firearm in churches is a felony under the CCIA; but (b) lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "17" of the Complaint and, therefore, deny them.

18.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "18" of the Complaint and, therefore, deny them.

19.     Paragraph "19" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

20.     Paragraph "20" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

21.     Admit the allegations contained in Paragraph "21" of the Complaint.

22.     Paragraph "22" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

23.     Paragraph "23" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

24.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "24" of the Complaint and, therefore, deny them.

25.     State that no response is required because the Second Amendment speaks for itself, but to the extent a response is required, admit the allegations contained in Paragraph "25" of the Complaint.

26.     Paragraph "26" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

27.     Paragraph "27" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

28.     Paragraph "28" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

29.     Paragraph "29" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

30.     Paragraph "30" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

31.     Paragraph "31" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

32.     Paragraph "32" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

33.     Paragraph "33" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

34.     Paragraph "34" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

35.     Paragraph "35" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

36.     Paragraph "36" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

37.     Paragraph "37" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

38.     Paragraph "38" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

39.     Paragraph "39" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

40.     Paragraph "40" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

41.     Paragraph "41" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

42.     Paragraph "42" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

43.     Paragraph "43" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

44.     Paragraph "44" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

45.     Paragraph "45" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

46.     Paragraph "46" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

47.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "47" of the Complaint and, therefore, deny them.

48.     Admit that there are statutory requirements to purchase and possess a handgun in New York State but lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "48" of the Complaint and, therefore, deny them.

49.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "49" of the Complaint and, therefore, deny them.

50.     Admit that there are certain statutory regulations concerning assault weapons in New York State but lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "50" of the Complaint and, therefore, deny them.

51.     Admit that there are certain statutory regulations concerning large capacity magazines in New York State but lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "51" of the Complaint and, therefore, deny them.

52.     Admit that there are certain statutory regulations concerning firearm transfers in New York State but lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "52" of the Complaint and, therefore, deny them.

53.     Admit that there are statutory requirements to purchase and possess a handgun in New York State but lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "53" of the Complaint and, therefore, deny them.

54.     Admit that there are statutory requirements to carry a firearm outside a person's home in New York State but lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "54" of the Complaint and, therefore, deny them.

55.     Admit that New York State does not honor concealed permits of other states but lack knowledge or information sufficient to form a belief about the truth of the other allegations contained in Paragraph "55" of the Complaint and, therefore, deny them.

56.     Paragraph "56" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

57.     Paragraph "57" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

58.     Paragraph "58" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

59.     Paragraph "59" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

60.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "60" of the Complaint and, therefore, deny them.

61.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "61" of the Complaint and, therefore, deny them.

62.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "62" of the Complaint and, therefore, deny them.

63.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "63" of the Complaint and, therefore, deny them.

64.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "64" of the Complaint and, therefore, deny them.

65.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "65" of the Complaint and, therefore, deny them.

66.     State that no response is required because the document speaks for itself, but to the extent a response is required, Defendants lack knowledge or information sufficient to form a belief

8

about the truth of the allegations contained in Paragraph "66" of the Complaint and, therefore, deny them.

67.     Paragraph "67" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

68.     Paragraph "68" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

69.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "69" of the Complaint and, therefore, deny them.

70.     Paragraph "70" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

71.     Paragraph "71" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

72.     Paragraph "72" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

73.     Paragraph "73" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

74.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "74" of the Complaint and, therefore, deny them.

75.     Paragraph "75" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

76.     Paragraph "76" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

77.     Paragraph "77" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

78.     Paragraph "78" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

79.     Paragraph "79" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

80.     Paragraph "80" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

81.     Paragraph "81" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

82.     Paragraph "82" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

83.     Paragraph "83" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

84.     Paragraph "84" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

85.     Paragraph "85" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

86.     Paragraph "86" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

87.     Paragraph "87" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

88.     Paragraph "88" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

89.     Paragraph "89" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

90.     Paragraph "90" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

91.     Paragraph "91" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

92.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "92" of the Complaint and, therefore, deny them.

93.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "93" of the Complaint and, therefore, deny them.

94.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "94" of the Complaint and, therefore, deny them.

95.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "95" of the Complaint and, therefore, deny them.

96.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "96" of the Complaint and, therefore, deny them.

97.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "97" of the Complaint and, therefore, deny them.

98.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "98" of the Complaint and, therefore, deny them.

99.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "99" of the Complaint and, therefore, deny them.

100.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "100" of the Complaint and, therefore, deny them.

101.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "101" of the Complaint and, therefore, deny them.

102.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "102" of the Complaint and, therefore, deny them.

103.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "103" of the Complaint and, therefore, deny them.

104.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "104" of the Complaint and, therefore, deny them.

105.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "105" of the Complaint and, therefore, deny them.

106.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "106" of the Complaint and, therefore, deny them.

107.    Paragraph "107" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

108.    Paragraph "108" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

109.    Paragraph "109" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

110.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "110" of the Complaint and, therefore, deny them.

111.    Paragraph "111" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

112.    Paragraph "112" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

113.    Paragraph "113" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

114.    Paragraph "114" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

115.    Paragraph "115" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

116.    Paragraph "116" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

117.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "117" of the Complaint and, therefore, deny them.

118.    Paragraph "118" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

119.    Paragraph "119" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

120.    Paragraph "120" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

121.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "121" of the Complaint and, therefore, deny them.

122.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "122" of the Complaint and, therefore, deny them.

123.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "123" of the Complaint and, therefore, deny them.

124.    Paragraph "124" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

125.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "125" of the Complaint and, therefore, deny them.

126.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "126" of the Complaint and, therefore, deny them.

127.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "127" of the Complaint and, therefore, deny them.

128.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "128" of the Complaint and, therefore, deny them.

129.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "129" of the Complaint and, therefore, deny them.

130.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "130" of the Complaint and, therefore, deny them.

131.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "131" of the Complaint and, therefore, deny them.

132.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "132" of the Complaint and, therefore, deny them.

133.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "133" of the Complaint and, therefore, deny them.

134.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "134" of the Complaint and, therefore, deny them.

135.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "135" of the Complaint and, therefore, deny them.

136.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "136" of the Complaint and, therefore, deny them.

137.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "137" of the Complaint and, therefore, deny them.

138.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "138" of the Complaint and, therefore, deny them.

139.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "139" of the Complaint and, therefore, deny them.

140.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "140" of the Complaint and, therefore, deny them.

141.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "141" of the Complaint and, therefore, deny them.

142.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "142" of the Complaint and, therefore, deny them.

143.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "143" of the Complaint and, therefore, deny them.

144.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "144" of the Complaint and, therefore, deny them.

145.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "145" of the Complaint and, therefore, deny them.

146.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "146" of the Complaint and, therefore, deny them.

147.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "147" of the Complaint and, therefore, deny them.

148.    Paragraph "148" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

149.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "149" of the Complaint and, therefore, deny them.

150.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "150" of the Complaint and, therefore, deny them.

151.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "151" of the Complaint and, therefore, deny them.

152.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "152" of the Complaint and, therefore, deny them.

153.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "153" of the Complaint and, therefore, deny them.

154.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "154" of the Complaint and, therefore, deny them.

155.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "155" of the Complaint and, therefore, deny them.

156.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "156" of the Complaint and, therefore, deny them.

157.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "157" of the Complaint and, therefore, deny them.

158.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "158" of the Complaint and, therefore, deny them.

159.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "159" of the Complaint and, therefore, deny them.

160.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "160" of the Complaint and, therefore, deny them.

161.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "161" of the Complaint and, therefore, deny them.

162.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "162" of the Complaint and, therefore, deny them.

163.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "163" of the Complaint and, therefore, deny them.

164.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "164" of the Complaint and, therefore, deny them.

165.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "165" of the Complaint and, therefore, deny them.

166.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "166" of the Complaint and, therefore, deny them.

167.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "167" of the Complaint and, therefore, deny them.

168.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "168" of the Complaint and, therefore, deny them.

169.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "169" of the Complaint and, therefore, deny them.

170.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "170" of the Complaint and, therefore, deny them.

171.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "171" of the Complaint and, therefore, deny them.

172.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "172" of the Complaint and, therefore, deny them.

173.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "173" of the Complaint and, therefore, deny them.

174.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "174" of the Complaint and, therefore, deny them.

175.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "175" of the Complaint and, therefore, deny them.

176.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "176" of the Complaint and, therefore, deny them.

177.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "177" of the Complaint and, therefore, deny them.

178.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "178" of the Complaint and, therefore, deny them.

179.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "179" of the Complaint and, therefore, deny them.

180.    Paragraph "180" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

181.    Paragraph "181" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

182.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "182" of the Complaint and, therefore, deny them.

183.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "183" of the Complaint and, therefore, deny them.

184.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "184" of the Complaint and, therefore, deny them.

185.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "185" of the Complaint and, therefore, deny them.

186.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "186" of the Complaint and, therefore, deny them.

187.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "187" of the Complaint and, therefore, deny them.

188.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "188" of the Complaint and, therefore, deny them.

189.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "189" of the Complaint and, therefore, deny them.

190.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "190" of the Complaint and, therefore, deny them.

191.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "191" of the Complaint and, therefore, deny them.

192.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "192" of the Complaint and, therefore, deny them.

193.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "193" of the Complaint and, therefore, deny them.

194.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "194" of the Complaint and, therefore, deny them.

195.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "195" of the Complaint and, therefore, deny them.

196.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "196" of the Complaint and, therefore, deny them.

197.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "197" of the Complaint and, therefore, deny them.

198.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "198" of the Complaint and, therefore, deny them.

199.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "199" of the Complaint and, therefore, deny them.

200.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "200" of the Complaint and, therefore, deny them.

201.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "201" of the Complaint and, therefore, deny them.

202.     Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "202" of the Complaint and, therefore, deny them.

203.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "203" of the Complaint and, therefore, deny them.

204.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "204" of the Complaint and, therefore, deny them.

205.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "205" of the Complaint and, therefore, deny them.

206.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "206" of the Complaint and, therefore, deny them.

207.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "207" of the Complaint and, therefore, deny them.

208.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "208" of the Complaint and, therefore, deny them.

209.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "209" of the Complaint and, therefore, deny them.

210.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "210" of the Complaint and, therefore, deny them.

211.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "211" of the Complaint and, therefore, deny them.

212.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "212" of the Complaint and, therefore, deny them.

213.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "213" of the Complaint and, therefore, deny them.

214.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "214" of the Complaint and, therefore, deny them.

215.    Paragraph "215" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

216.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "216" of the Complaint and, therefore, deny them.

217.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "217" of the Complaint and, therefore, deny them.

218.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "218" of the Complaint and, therefore, deny them.

219.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "219" of the Complaint and, therefore, deny them.

220.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "220" of the Complaint and, therefore, deny them.

221.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "221" of the Complaint and, therefore, deny them.

222.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "222" of the Complaint and, therefore, deny them.

223.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "223" of the Complaint and, therefore, deny them.

224.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "224" of the Complaint and, therefore, deny them.

225.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "225" of the Complaint and, therefore, deny them.

226.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "226" of the Complaint and, therefore, deny them.

227.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "227" of the Complaint and, therefore, deny them.

228.    Paragraph "228" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

229.    Paragraph "229" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

230.    Paragraph "230" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

231.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "231" of the Complaint and, therefore, deny them.

232.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "232" of the Complaint and, therefore, deny them.

233.    Repeat and realleges the foregoing responses as if fully set forth herein.

234.    Paragraph "234" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

235.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "235" of the Complaint and, therefore, deny them.

236.    Paragraph "236" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

237.    Paragraph "237" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

238.    Paragraph "238" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

239.    Paragraph "239" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

240.    Paragraph "240" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

241.    Paragraph "241" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

242.    Paragraph "242" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

243.    Paragraph "243" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

244.    Paragraph "244" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

245.    Paragraph "245" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

246.    Repeat and realleges the foregoing responses as if fully set forth herein.

247.    Paragraph "247" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

248.    Paragraph "248" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

249.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "249" of the Complaint and, therefore, deny them.

250.    Paragraph "250" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

251.    Paragraph "251" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

252.    Paragraph "252" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

253.    Paragraph "253" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

254.    Paragraph "254" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

255.    Paragraph "255" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

256.    State that no response is required because the Fifth Amendment speaks for itself, but to the extent a response is required, admit the allegations contained in Paragraph "256" of the Complaint.

257.    Paragraph "257" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

258.    Paragraph "258" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

259.    Lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph "259" of the Complaint and, therefore, deny them.

260.    Paragraph "260" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

261.    Paragraph "261" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

262.    Paragraph "262" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

263.    Paragraph "263" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

264.    Paragraph "264" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

265.    Paragraph "265" of the Complaint sets forth legal conclusions and/or interpretations of law to which no response is required, but to the extent a response is required, Defendants deny all allegations contained therein.

266.    Defendants further deny that Plaintiffs are entitled to the relief demanded in the Complaint and deny any factual allegations contained therein along with all other allegations set forth in the Complaint not specifically controverted above.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1.    The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2.    The claims alleged and relief sought in the Complaint are subject to dismissal based upon documentary evidence.

### THIRD AFFIRMATIVE DEFENSE

3.    The claims alleged and relief sought in the Complaint are subject to dismissal for lack of subject-matter jurisdiction over Defendants.

### FOURTH AFFIRMATIVE DEFENSE

4.    The claims alleged and relief sought in the Complaint are subject to dismissal due to Plaintiffs' lack of standing.

### FIFTH AFFIRMATIVE DEFENSE

5.    The claims alleged and relief sought in the Complaint are subject to dismissal for Plaintiffs' failure to join a necessary party under Rule 19 of the Federal Rules of Civil Procedure.

### SIXTH AFFIRMATIVE DEFENSE

6.    Some or all of Plaintiffs' causes of action are barred by their failure to comply state and local notice of claim requirements.

## SEVENTH AFFIRMATIVE DEFENSE

7.　　Any and all acts of Defendants and/or any agents or employees of Defendants were reasonable, justified, and in accordance with the law.

## EIGHTH AFFIRMATIVE DEFENSE

8.　　Some of Plaintiffs' claims, in whole or in part, fail based on a lack of personal involvement by a named Defendant in the alleged constitutional violations.

## NINTH AFFIRMATIVE DEFENSE

9.　　Upon information and belief, the Complaint fails to state specific acts of conduct attributable to Defendants that gives rise to liability pursuant to 42 U.S.C. §1983. Moreover, Plaintiffs do not plead injuries consistent with a cause of action that would give rise to liability pursuant to 42 U.S.C. §1983.

## TENTH AFFIRMATIVE DEFENSE

10.　　Plaintiffs' injuries and/or damages, if any, were neither caused by, nor causally related to any act or omission of Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

11.　　To the extent applicable, Plaintiffs' action is barred by absolute and/or qualified immunity.

**WHEREFORE,** Defendants respectfully request that the Court enter judgment against Plaintiffs, dismissing the Complaint as to Defendants, and awarding Defendants such other and further relief as the Court deems just and proper, including, but not limited to, attorneys' fees and costs.

**DATED**:  December 1, 2022         **BARCLAY DAMON, LLP**


By:  /s/ Edward G. Melvin, II
                   Edward G. Melvin, II
                   (Bar Roll No. 509037)
                   J.J. Pelligra
                   (Bar Roll No. 701404)

Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:   (315) 425-2700
Facsimile:   (315) 425-2701
Email:         emelvin@barclaydamon.com
            jpelligra@barclaydamon.com

*Attorneys for Co-Defendants Oakes and Hilton*